1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Jan 26 2026
Clerk, U.S. District Court
Western District of Texas

By: _mvm_
Deputy

**USA**

vs.

**(1) BERTILA ISABEL HERNANDEZ-SARAVIA**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: EP:26-M -00443(1) RFC
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 23, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326(a)(1) Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ ESPARZA, ERIC
Signature of Complainant
Border Patrol Agent

January 26, 2026
File Date

at EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:11 PM.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:26-M -00443(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) BERTILA ISABEL HERNANDEZ-SARAVIA**

*FACTS   (CONTINUED)*

**557.**

The DEFENDANT, Bertila Isabel HERNANDEZ-Saravia, an alien to the United States and a citizen of El Salvador was found approximately 3.29 miles west of the Paso del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of El Salvador, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to El Salvador on June 25, 2025 through Alexandria, Louisiana.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

The DEFENDANT has been deported 1 time(s), the last one being to EL SALVADOR on June 25, 2025, through ALEXANDRIA, LA

CRIMINAL HISTORY:

08/15/2017, LEE COUNTY, FLORIDA, DRIVING WHILE LICENSE SUSPENDED(M), CNV, FINE $225.00 USD.
11/03/2023, MANATEE COUNTY, FLORIDA, OPERATE A MOTOR VEHICLE WITHOUT VALID LICENSE(M), CNV, UNKNOWN.